**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| **TRAVIS EARL CASTEEL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 19-cv-1236 |
| | ) | |
| **JOHNNY ALEXANDER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER DIRECTING PLAINTIFF TO PROVIDE UPDATED ADDRESSES
FOR SERVICE OF PROCESS ON DEFENDANTS**

On October 7, 2019, Plaintiff Travis Casteel filed a pro se complaint alleging that, while he was incarcerated at the Hardin County Correctional Facility ("HCCF"), he was subjected to various infringements of his constitutional rights in violation of 42 U.S.C. § 1983. (ECF No. 1.) On January 12, 2022, the Court dismissed many of Plaintiff's claims but allowed his Eighth Amendment claim for inadequate medical care to proceed. (ECF No. 15 at 2-6.) The Court directed the Clerk to issue process for Defendants Daniel Moore, Skyler Prince, Amanda Moore, and Tracy White. (Id. at 12.) Summonses were issued on February 2, 2022 and delivered to the U.S. Marshal for service. (ECF No. 16.) Because none of the Defendants still worked at HCCF and Plaintiff provided no other address at which Defendants could be served,

the summonses were returned unexecuted on February 22, 2022. (ECF No. 17.)

Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

Plaintiff is ORDERED to provide the Clerk, within ninety (90) days of the entry of this Order, with addresses at which the four Defendants named above may be served. Upon receipt of the addresses, the Clerk shall issue process and deliver that process to the U.S. Marshal for service. Service shall be made on Defendants pursuant to Federal Rule of Civil Procedure 4(e) and Tennessee Rules of Civil Procedure 4.04(1) and (10) by registered or certified mail or personally if mail service is not effective. If Plaintiff fails timely to comply with this Order, this suit may be dismissed without further notice to Plaintiff.

SO ORDERED this 20th day of October, 2022.

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE