IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TRAVIS EARL CASTEEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | No. 19-cv-1236 |
| ) | |
| JOHNNY ALEXANDER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER DISMISSING CASE

On October 7, 2019, Plaintiff Travis Casteel filed a pro se complaint alleging that, while he was incarcerated at the Hardin County Correctional Facility ("HCCF"), he was subjected to various infringements of his constitutional rights in violation of 42 U.S.C. § 1983. (ECF No. 1.) On January 12, 2022, the Court dismissed many of Plaintiff's claims but allowed his Eighth Amendment claim for inadequate medical care to proceed. (ECF No. 15 at 2-6.) The Court directed the Clerk to issue process for Defendants Daniel Moore, Skyler Prince, Amanda Moore, and Tracy White. (Id. at 12.) Summonses were returned unexecuted on February 22, 2022. (ECF No. 17.)

Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the

plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." On October 20, 2022, the Court ordered Plaintiff to provide, within ninety days, updated addresses at which Defendants could be served. (ECF No. 18 at 2.) The Court warned Plaintiff that, if he failed to provide the updated addresses, his suit would be dismissed without further notice to him.

Since the entry of the October 20, 2022 order, Plaintiff has not provided addresses for Defendants or made any other filings. This action is therefore DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED this 15th day of February, 2023.

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

2